■ JOSEPH MINAYA et al., Appellants, v AMERICAN NATIONAL RED CROSS, Respondent. (And a Third-Party Action.) [640 NYS2d 9]

Plaintiff's own deposition testimony, that immediately before his fall he could and did observe the two-foot path directly in front of him that had to be traversed in unloading boxes from

a truck and putting them on a skid and saw no debris or obstructions thereon, establishes that his fall could not have been caused by any dry ice on the loading platform (*see, Garcia v New York City Hous. Auth.*, 183 AD2d 619). Concur—Murphy, P. J., Milonas, Rosenberger, Ross and Mazzarelli, JJ.